UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAER GOREE-NDIAYE,<br><br>        Plaintiff,<br>  v.<br><br>ANNE ARRIES CORSANO, Seattle District Director of the United States Citizenship and Immigration Services<br><br>        Defendant. | CASE NO. C17-0542-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to answer the complaint (Dkt. No. 10). The parties are actively working toward an administrative resolution of the matter. (*Id.* at 1.) Therefore, the parties seek to extend Defendant's deadline to respond to October 5, 2017. (*Id.*) The motion is hereby GRANTED.

DATED this 27th day of June 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk